AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:23-cv-10872

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Air Marketing Group, LLC** was recieved by me on **1/03/2024:**

☐  I personally served the summons on the individual at *(place)* on *(date)* ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒  I served the summons on **Tom Hart**, who is designated by law to accept service of process on behalf of **Air Marketing Group, LLC** at **115 Franklin Tpke, Mahwah, NJ 07430** on **01/08/2024 at 10:48 AM**; or

☐  I returned the summons unexecuted because ; or

☐  Other *(specify)*

My fees are $ 0 for travel and **$ 105.00** for services, for a total of **$ 105.00**.

I declare under penalty of perjury that this information is true.

Date:  01/08/2024

_____
*Server's signature*

**Martins Ekpeh**
*Printed name and title*

**298 Orange st
Apt 1
Newark, NJ 07103**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to Tom Hart who identified themselves as the person authorized to accept with identity confirmed by subject showing identification. The individual accepted service with direct delivery. The individual appeared to be a blonde-haired white male contact 25-35 years of age, 5'10"-6'0" tall and weighing 200-240 lbs with an accent and a beard.**




Tracking #: **0121696999**