UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JESSICA KARIM, *on behalf of herself and all others similarly situated*,

                Plaintiff,

– against –

AIR MARKETING GROUP, LLC,

                Defendant.

**ORDER**

23-cv-10872 (ER)

Ramos, D.J.:

    The instant case was filed on December 14, 2023.  Doc. 1.  Defendant was served on January 8, 2024, and its answer was due January 29, 2024.  Doc. 5. Defendant has had counsel file a notice of appearance but has never responded to the complaint, nor has Plaintiff moved for default judgment against Defendant.

    The Court directs Plaintiff to file a status update by May 31, 2024 concerning the status of its claims, including whether it intends to move for default judgment.

    It is SO ORDERED.

Dated:    May 10, 2024
             New York, New York

                                                                 Edgardo Ramos, U.S.D.J.